ACCEPTED
15-25-00013-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 3:24 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00013-CV**

In the Court of Appeals
for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/24/2025 3:24:59 PM
CHRISTOPHER A. PRINE
Clerk

_____

STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, MIKE NOVAK, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TFC, AND ROLLAND NILES, IN HIS OFFICIAL CAPACITY AS DEPUTY EXECUTIVE COMMISSIONER FOR THE SYSTEM SUPPORT SERVICES DIVISION OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellants*,

*v.*

BROADMOOR AUSTIN ASSOCIATES, A TEXAS JOINT VENTURE,
*Appellee.*

_____

On Appeal from the 455th Judicial District Court,
Travis County, Texas
Cause No. D-1-GN-23-007899

_____

**APPELLANT'S MOTION TO WITHDRAW AND
NOTICE OF LEAD COUNSEL**

_____

Appellants, State of Texas, The Texas Facilities Commission, The Texas Health and Human Services Commission, Mike Novak, in his Official Capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services Division of the Texas Health and Human Services Commission, would show the Court the following:

1.     The current counsel on behalf of Appellants is Alyssa Bixby-Lawson.

1

2. Ms. Bixby-Lawson has accepted a position outside of the division handling this matter and requests to withdraw from this case. Appellants designate Jennifer Cook as new lead counsel. Ms. Cook is licensed to practice law in the state of Texas and is a member in good standing of the State Bar of Texas. Ms. Cook's contact information is as follows:

**JENNIFER COOK**
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548/Mail Stop 019-1
Austin, Texas 78711-2548
Tel: (512) 475-4098
Fax: (512) 302-0667
jennifer.cook@oag.texas.gov

3. Appellants respectfully request that the Court remove Ms. Bixby-Lawson as counsel of record and attorney-in-charge for this cause.

4. The undersigned has conferred with counsel for Appellee, who indicated they are unopposed to the withdrawal of Ms. Bixby-Lawson and substitution of Ms. Cook as counsel in charge of Appellants.

## PRAYER

Appellants request that Ms. Cook be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Ms. Bixby-Lawson be removed as counsel of record.

Respectfully submitted.

**KEN PAXTON**
Attorney General

2

**BRENT WEBSTER**
First Assistant Attorney General
**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**Alyssa Bixby-Lawson**
Texas Bar No. 24122680
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (210) 270-1118
Fax: (512) 320-0667
Alyssa.Bixby-Lawson@oag.texas.gov
*Counsel for Appellants*

## CERTIFICATE OF CONFERENCE

On April 24, 2025, the undersigned conferred with lead counsel for Appellee, who stated they are unopposed to the relief requested.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on April 24, 2025 to all counsel of record.

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 100058902
Filing Code Description: Motion
Filing Description: 20250424_MTW and Sub Broadmoor
Status as of 4/24/2025 4:08 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 4/24/2025 3:24:59 PM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 4/24/2025 3:24:59 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 4/24/2025 3:24:59 PM | SENT |

Associated Case Party: Broadmoor Austin Associates, a Texas Joint Venture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sara W.Clark | | sclark@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |
| Casey Dobson | | cdobson@scottdoug.com | 4/24/2025 3:24:59 PM | SENT |